# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL J. B., [1] <br><br>                 Plaintiff, <br><br>     v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br>                Defendant. | Case No.  EDCV 19-0255-RAO <br><br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:     December 31, 2019           _____/s/_____

                                     ROZELLA A. OLIVER
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.